UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Bradly Marks, individually and on behalf of all others similarly situated,

                Plaintiff,

                -against-

Higher Response Marketing, Inc. d/b/a Medical Alert King,

                Defendant.

Docket No: 1:17-cv-08780-VSB

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for: Bradly Marks, individually and on behalf of all others similarly situated.

Dated: April 6, 2018

                **BARSHAY SANDERS, PLLC**

                By: */s/ David M. Barshay*
                David M. Barshay, Esq. (DM1790)
                100 Garden City Plaza, Suite 500
                Garden City, New York 11530
                Tel. (516) 203-7600
                Email: *ConsumerRights@BarshaySanders.com*
                Our File No: 114481
                *Attorneys for Plaintiff*